# PIERRE PIERRE LAW, P.C.

NEW YORK OFFICE:
15 Park Pl.
2nd fl., Ste 4
Bronxville, NY 10708
Phone: (646) 992-8383
Fax: (718) 504-6962
****mail all correspondence*

FLORIDA OFFICE:
1451 W Cypress Creek Road
Suite 300
Ft. Lauderdale, FL 33309
Phone: (954) 884-5040
Fax: (754) 484-3121

MEMO ENDORSED

August 24, 2026

Honorable Victoria Reznik
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

**Letter Motion:**
**Extension of Time Request**

**Re: Musa Abdul Latif v. Comm'r of SSA 7:26-cv-04551-CS-VR**

Dear Honorable Judge Reznik:

Pursuant to the Scheduling Order in the above referenced case, Plaintiff's Brief is due on August 26, 2026. Due to an influx in Certified Administrative Record ("CAR") filings which have created multiple conflicts on the briefing calendar, Plaintiff has not been able to timely prepare the brief in this matter. Plaintiff therefore writes to respectfully request that the date for Plaintiff's motion be extended 60 days, through and including October 26, 2026. No previous request for an extension has been made in this case. The Defendant has given consent and has requested an additional 60 days from the filing of Plaintiff's brief. Accordingly, the proposed revised schedule is as follows:

Plaintiff's Opening Brief due October 26, 2026;
Defendant's Response Brief due December 25, 2026;
Plaintiff's Reply Brief, if any, due January 8, 2026.

Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

<u>/s/Eddy Pierre Pierre</u>
Eddy Pierre Pierre, Esq.
Attorney for Plaintiff
(646) 992-8383
(718) 504-6962 fax

Cc: Fergus John Kaiser, Esq. (Via ECF)
Attorney for Defendant.

Plaintiff's request is **GRANTED**, with slight modifications. The revised briefing schedule is now:
**October 26, 2026** - Plaintiff's motion papers
**December 28, 2026** - Defendant's opposition papers
**January 8, 2027** - Plaintiff's reply papers

The Clerk of Court is kindly directed to close the gavel associated with ECF No. 10.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: 8/25/2026