# PIERRE PIERRE LAW, P.C.

NEW YORK OFFICE:
15 Park Pl.
2nd fl., Ste 4
Bronxville, NY 10708
Phone: (646) 992-8383
Fax: (718) 504-6962
****mail all correspondence*

FLORIDA OFFICE:
1451 W Cypress Creek Road
Suite 300
Ft. Lauderdale, FL 33309
Phone: (954) 884-5040
Fax: (754) 484-3121

MEMO ENDORSED

October 26, 2026

Honorable VictoriaReznik
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

**Letter Motion: Second Extension of Time Request**

**Re: Musa Abdul Latif v. Comm'r of SSA 7:26-cv-04551-CS-VR**

Dear Honorable Judge Reznik:

Pursuant to the revised Scheduling Order in the above referenced case, Plaintiff's Brief is due on October 26, 2026. Plaintiff has not been able to timely prepare the brief in this matter due to a continued heavy workload including over 15 opening briefs in the month of October. Plaintiff therefore writes to respectfully request that the date for Plaintiff's motion be extended 45 days, through and including December 10, 2026. This is Plaintiff's second request for an extension. The Defendant has given consent and has requested an additional 63 days from the filing of Plaintiff's brief. Accordingly, the proposed revised schedule is as follows:

- Plaintiff's Opening Brief due December 10, 2026;
- Defendant's Response Brief due February 11, 2027;
- Plaintiff's Reply Brief, if any, due February 25, 2027.

Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

/s/Eddy Pierre Pierre
Eddy Pierre Pierre, Esq.
Attorney for Plaintiff
(646) 992-8383
(718) 504-6962 fax

Cc: Fergus John Kaiser, Esq. (Via ECF)
Attorney for Defendant.

The parties' request is **GRANTED**. The proposed revised briefing schedule listed above is adopted.

The Clerk of Court is kindly directed to close the gavel associated with ECF No. 12.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: 10/27/2026